GEORGE W. LEAVITT, APPELLEE, V. S. D. MERCER COM-
PANY ET AL., APPELLANTS.

FILED JUNE 5, 1901.   No. 9,710.

Stare Decisis.

APPEAL from the district court for Douglas county.
Heard below before KEYSOR, J.   *Affirmed.*

*Albert Swartzlander,* for appellant.

*H. P. Leavitt, contra.*

PER CURIAM.

The questions in this case are substantially the same as
those in *Green v. Hellman,* 61 Nebr., 875, decided herewith,
and for the reasons stated in the opinion therein the de-
cree of the district court is

AFFIRMED.